**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEBRASKA**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:20CR293 |
| | ) | |
| vs. | ) | |
| | ) | |
| CRAIG DARRAH, | ) | ORDER |
| | ) | |
| Defendant. | ) | |

      This matter is before the court upon defendant's Unopposed Motion to Continue Trial [19].  The parties are engaged in negotiations and are making good faith efforts to resolve the matter short of trial.  For good cause shown,

      **IT IS ORDERED** that defendant's Unopposed Motion to Continue Trial [19] is granted, as follows:

1. The jury trial now set for March 9, 2021, is continued to **June 15, 2021.**

2. In accordance with 18 U.S.C. § 3161(h)(7)(A), the court finds that the ends of justice will be served by granting this continuance and outweigh the interests of the public and the defendant in a speedy trial.  Any additional time arising as a result of the granting of this motion, that is, the time between **today's date and June 15, 2021**, shall be deemed excludable time in any computation of time under the requirement of the Speedy Trial Act.  Failure to grant a continuance would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  18 U.S.C. § 3161(h)(7)(A) & (B)(iv).

      **DATED:  February 25, 2021.**

                                 **BY THE COURT:**

                                 **s/ Susan M. Bazis**
                                 **United States Magistrate Judge**